Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

FEB - 3 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

DARRELL WILLIAMS

Plaintiff

*Your full name*

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

~~WARDEN J. COAKELY, ET,~~ al

Civil Action No.: 5:20-CU-19

*(To be assigned by the Clerk of Court)*

Bailey /Mazzone/Bladock

UNITED STATES OF AMERICA
Defendant

## I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.   Your full name: Darrell Williams   Inmate No.: #26008-044
     Address:  P.O Box 4000, Springfield, Mo 65801

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:  Medical Center for Federal Prisoners

A.   Is this where the events concerning your complaint took place?
     ☐ Yes     ☒ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?
_____U.S.P Hazelton, Bruceton Mills, WV_____

_____

_____

IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:    N/A

Plaintiff(s): _____ N/A _____
Defendant(s): _____ N/A _____

_____

2.  Court: _____ N/A _____
*(If federal court, name the district; if state court, name the county)*

3.  Case Number: _____ N/A _____

4.  Basic Claim Made/Issues Raised: ____ N/A _____

_____

_____

_____

5.  Name of Judge(s) to whom case was assigned: _N/A_____

_____

6.  Disposition: _____ N/A _____
*(For example, was the case dismissed? Appealed? Pending?)*

7.  Approximate date of filing lawsuit: ___ N/A _____

8.     Approximate date of disposition. Attach copies:___N/A___

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes      ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. ___N/A_____

_____

_____

_____

E.     Did you exhaust **ALL** available administrative remedies?    N/A
☐ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. ___N/A_____

_____

_____

_____

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:     N/A

Plaintiff(s): ___N/A_____

Defendant(s): ___N/A_____

_____

**Attachment A**

2.    Name and location of court and case number: ___N/A_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious    N/A
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____N/A_____

5.    Approximate date of disposition: _____N/A_____

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes    ☐ No

B.    If your answer is "YES," answer the questions below:

    1.    Identify the type of written claim you filed: _Injury_____

    2.    Date your claim was filed: ____June 04, 2019_____

    3.    Amount of monetary damages you requested in your claim:
        $50,000

    4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

        I.    Date of the written acknowledgment: ~~June 04, 2019~~ August 14, 2019
        ii.    Claim Number assigned to your claim: TRT-MXR-2019-04472

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    ☐ Yes    ☐ No    N/A

---

**Attachment A**

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____N/A_____

_____

_____

2.    Identify the type of written claim(s) you filed: _____
N/A
_____

3.    Date your claim(s) were filed: _____N/A_____

4.    Amount of monetary damages you requested in your claim(s):
N/A
_____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: ___N/A_____

ii.    Claim Number assigned to your claim: _____N/A_____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
☐ Yes          ☒ No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: ___N/A_____

ii.    Date the agency acknowledged receipt of your request for reconsideration: ___N/A_____

Attachment A

## VI.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: _____ "SEE ATTACHED PAGES" _____

_____

_____

Supporting Facts: _____ "SEE ATTACHED PAGES" _____

_____

_____

_____

   Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ "SEE ATTACHED PAGES" _____

_____

_____

   With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☒ Yes        ☐  No

   If your answer is "YES," please explain: _SEE ATTACHED PAGES_____

_____

_____

CLAIM 2: _____ "SEE ATTACHED PAGES" _____

_____

_____

**Attachment A**

Supporting Facts: _____ "SEE ATTACHED PAGES" _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ "SEE ATTACHED PAGES" _____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☒ Yes     ☐ No

If your answer is "YES," please explain: _ "SEE ATTACHED PAGES" _____

_____

_____

_____

CLAIM 3: _____ "SEE ATTACHED PAGES" _____

_____

_____

Supporting Facts: _____ "SEE ATTACHED PAGES" _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ "SEE ATTACHED PAGES" _____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☒ Yes     ☐ No

**Attachment A**

If your answer is "YES," please explain: ___"SEE ATTACHED PAGES"___

_____

_____

_____

CLAIM 4: _____"SEE ATTACHED PAGES"_____

_____

_____

Supporting Facts: _____"SEE ATTACHED PAGES"_____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____"SEE ATTACHED PAGES"_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☒ Yes      ☐ No

If your answer is "YES," please explain: __"SEE ATTACHED PAGES"_____

_____

_____

_____

_____

CLAIM 5: _____"SEE ATTACHED PAGES"_____

_____

_____

Supporting Facts: _____"SEE ATTACHED PAGES"_____

_____

_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

"SEE ATTACHED PAGES"

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain:    "SEE ATTACHED PAGES"

_____

_____

_____

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. _____

"SEE ATTACHED PAGES"

_____

_____

_____

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

"SEE ATTACHED PAGES"

_____

_____

_____

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____MCFP_____ on _____01-23-20_____.
     (Location)        (Date)

_____Darrell Williams_____
Your Signature