**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DARRELL WILLIAMS

~~Plaintiff~~

Plaintiff

*Your full name*

**FEDERAL TORTS CLAIM ACT**
**COMPLAINT**

v.

~~WARDEN J. COAKLEY, ET al~~

UNITED STATES OF AMERICA
Defendant

Civil Action No.: ~~_____~~
*(To be assigned by the Clerk of Court)*

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Darrell Williams    Inmate No.: #26008-044
Address:  P.O Box 4000, Springfield, Mo 65801

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:  Medical Center for Federal Prisoners

A.    Is this where the events concerning your complaint took place?
☐ Yes    ☒ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

**Attachment A**

If you answered "NO," where did the events occur?

U.S.P Hazelton, Bruceton Mills, WV

_____

_____

IV.    PREVIOUS LAWSUITS

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ⊞ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:    N/A

            Plaintiff(s): _____ N/A _____

            Defendant(s): _____ N/A _____

        2.    Court: _____ N/A _____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number: _____ N/A _____

        4.    Basic Claim Made/Issues Raised: _____ N/A _____

_____

_____

        5.    Name of Judge(s) to whom case was assigned: _N/A_

        6.    Disposition: _____ N/A _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit: _____ N/A _____

**Attachment A**

8.    Approximate date of disposition. Attach copies:___N/A_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes      ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. ___N/A_____

_____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?     N/A
☐ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____N/A_____

_____

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:         N/A

Plaintiff(s): ___N/A_____

Defendant(s): ___N/A_____

_____

**Attachment A**

2.    Name and location of court and case number: ___N/A_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious    N/A
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____N/A_____

5.    Approximate date of disposition: _____N/A_____

V.    <u>ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA</u>

A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
      ☒ Yes        ☐ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: _Injury_____

2.    Date your claim was filed: ____June 04, 2019_____

3.    Amount of monetary damages you requested in your claim:
      ___$50,000_____

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: _June 04, 2019 ± Apr 17, 2020_
ii.   Claim Number assigned to your claim: _TRT-MXR-2019-04472_
      TRT-MXR-2020-0433

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    ☐ Yes    ☐ No    N/A

---

**Attachment A**

D.    If your answer is "YES," answer the questions below:

   1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

   _____N/A_____

   _____

   _____

   2.    Identify the type of written claim(s) you filed: _____
   N/A
   _____

   3.    Date your claim(s) were filed: ____N/A_____

   4.    Amount of monetary damages you requested in your claim(s):
   N/A
   _____

   5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

      I.    Date of the written Acknowledgment: __N/A_____

      ii.    Claim Number assigned to your claim: ____N/A_____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☐ Yes       ☒ No

   1.    If you answered "YES," state the:

      I.    Date you requested reconsideration: __N/A_____

      ii.    Date the agency acknowledged receipt of your request for reconsideration: __N/A_____

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: _____ "SEE ATTACHED PAGES" _____
_____ 5th And 8th Amendment _____
N$\epsilon$gligence and Failure To Protect _____

Supporting Facts: ____ ~~"SEE ATTACHED PAGES"~~ On 09-18-17 ~~Retention~~ Petcationer arrived at USP Hazelton located in WV, at which time I $^{informd}$ had been assaulted by mid-west inmates because there was paperwork labeling me as a snitch. (cont'd on seperate page).

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____ "~~SEE ATTACHED PAGES~~" _____
Defendant The United States of America oversees the Federal Bureau of Prisons which is responsible for custody And care of federal Inmates. (cont'd on seperate page).

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," please explain: ~~SEE ATTACHED PAGES~~ _____
Refused to Protect Me and acted negligence.

CLAIM 2: ___ N/A "~~SEE ATTACHED PAGES~~" _____
_____
_____

**Attachment A**

Supporting Facts: N/A "SEE ATTACHED PAGES"

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____"SEE ATTACHED PAGES" N/A _____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No    N/A

If your answer is "YES," please explain: ___"SEE ATTACHED PAGES" N/A___

_____

_____

_____

CLAIM 3: N/A          "SEE ATTACHED PAGES"

_____

_____

Supporting Facts: N/A    "SEE ATTACHED PAGES"

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: N/A
_____"SEE ATTACHED PAGES"_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No    N/A

Attachment A

If your answer is "YES," please explain: ___"SEE ATTACHED PAGES" N/A___

_____

_____

_____

CLAIM 4: ___N/A___ "SEE ATTACHED PAGES"_____

_____

_____

Supporting Facts: ___N/A___ "SEE ATTACHED PAGES"_____

_____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: ___"SEE ATTACHED PAGES"_____

___N/A_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No   N/A

If your answer is "YES," please explain: ___"SEE ATTACHED PAGES" N/A___

_____

_____

_____

_____

CLAIM 5: N/A   "SEE ATTACHED PAGES"_____

_____

_____

Supporting Facts: N/A   "SEE ATTACHED PAGES"_____

_____

_____

_____

_United States District Court_    14    _Northern District of West Virginia-2013_

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: ~~"SEE ATTACHED PAGES"~~ N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes    ☐ No    N/A

If your answer is "YES," please explain: ~~"SEE ATTACHED PAGES"~~

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. As a result of his two vicious beatings, Petitioner ~~"SEE ATTACHED PAGES"~~ received several injuries to the face and head. He suffered through episodes of dizziness, and require a regimen of medications to tolerate severe pain. He was psychologically traumatized by the assaults, which continue to affect his mental and physical health today and will continue to do so in the future.

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* ~~"SEE ATTACHED PAGES"~~

Compensatory Damages, 1,000,000 - Punitive Damages, $2,000,000 - Reasonable Atty fees and cost, and such other relief equitable as this court deems just.

---

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____MCFP_____on ____11-15-19_____.

           (Location)                                             (Date)

_____Daniel Williams_____

Your Signature

~~placement decision. Mr. Williams sues Defendant John Doe in his individual capacity.~~

~~12. Defendant the United States of America oversees the Federal Bureau of Prison, which is responsible for the custody and care of federal inmates.~~

~~Jurisdiction and Venue~~

~~14. Mr. Williams brings this action under the Eighth Amendment to h the United States Constitution and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and under the Federal Tort Claim Act, 28 U.S.C. 2671, et seq.~~

~~15. This Court has subject matter jurisdiction over the claims presented herein pursuant to 28 U.S.C. 1331, 1343, and 1346(b)(1)~~

~~16. Venue is appropriate in this district pursuant to 28 U.S.C, 1391 and 1402 because this is the district in which Mr. Williams' claims arose.~~

~~Factual Background~~

Continued Answer to Claim #1 Supporting Facts:

17. On April 18, 2017, Mr. Williams was assigned to U.S.P Hazelton, at which time Mr. Williams was process through R & D, and Intake, at which time Mr. Williams informed SIS Sue Doe that he feared for his life, and going to general population because he had previously been assaulted by Mid-West inmates, and there was a hit on his life because he had previously provided information to the government. Mr. Williams further expressed to U.S.P HAZ SIS staff, Intake staff, Unit Team staff that he had been assaulted by mid-west inmate, because there was paperwork in possession of F.B.O.P inmates stating that he provided information to government, and mid-west inmats had a hit on my life, because he had been labeled a "snitch".

Mr. Williams further informed SIS, Intake Staff, and Unit Team Staff that he feared going to G.P, he didn't want to go into G.P, and if he was released into G.P, he would be assaulted or killed, and he requested protective custody. It should be noted that U.S.P HAZ SIS Staff, Unit Team Staff, and Intake Staff were all informed by Mr. Williams that he wanted to be placed on P.C status, at which time Mr. Williams was informed by SIS Staff, Unit Team Staff, and Intake Staff that the only way Mr. Williams would be placed in P.C is if I get assaulted, or he is bleeding. Shortly thereafter, and unknown R & D Staff contacted Mr. Williams assigned housing unit, and asked the unit officer to send mid-west inmate Jerome Hughes # 06386-090 to R & D to push a~~n other~~ inmate,(Darrell Williams),who is in a wheelchair, to his assigned H.U. Mr. Williams continued telling U.S.P HAZ SIS Staff, Intake Staff, and Unit Team Staff that"he feared going to G.P", "Mid-West Inmates Had A hit Out On His Life Because He Was Labeled A Snitch", and "He Would Be Assaulted Or Killed". Shortly thereafter, inmate Jerome Hughes appeared at R & D and pushed Mr. Williams to his assigned H.U. ~~(SEE ATTACHMENT "A")~~

Upon Mr. Williams reaching H.U F-A, he immediately informed the H.U Officer,(John Doe), that I was being threaten with violence, he wanted to see a LT. and he requested P.C, which was to no avail. Also Mr. Williams gave the H.U Officer,(John Doe), a cop-out informing that he was being threaten with violence, he wanted to see a L.T, and he requested P.C. ~~(SEE ATTACHMENT "B")~~

On April 19, 2017 Mr. Williams wrote cop-outs to Capt. John Doe, Warden Coakley and AW Keys, and placed the cop-outs inside of H.U F-A mailbox. ~~(SEE ATTACHMENT "C" and "D")~~

19. On April 19, 2017, Mr. Williams hand delievered a cop-out to Warden Coakley and AW Keys, in the instituation cafeteria informing Warden Coakley, and AW Keys that my life was in danger, mid-west inmates were threaten to kill me if I remain in G.P, because the mdd-west inmates possess paperwork stating that I was a snitch. (SEE ATTACHMENT "E")

20. On April 19, 2017, Mr. Williams wrote a cop-out to Unit Manager Bridges, which I placed into the institutional mailbox, inforning that my life was in danger, by mid-west inmates, and I requested P.C. (SEE ATTACHMENT "F")

21. On April 19,2017, Mr. Williams hand deleivered a cop-out to H.U F-A Officer,(John Doe), , and requested P.C , and informing that my life was in danger by mid-west inmates, who were threating me with death if I remained in G.P. (SEE ATTACHMENT "G")

22. On April 20, 2017, Mr. Williams hand deleivered a cop-out to H.U F-A Officer,(John Doe),  and H.U F-A Counselor F. Vankirk requesting P.C , and informing that my life was in danger, I was being threaten with violance if I remain in G.P. (SEE ATTACHMENT "H" and "I")

23. On April 20, 2017, Mr. Williams hand deleivered a cop-out to Warden Coakely, and AW Keys, in the institutional cafeteria, informing that the mid-west inmates were threaten to kill me if I didn't go to P.C, because I was a snitch. (SEE ATTACHMENT "J")

24. On April 20, 2017,as I sat at the computer station, inmate Jerome Hughes came up behind me and began assaulting me in the head and face with a lock attached to a belt, and inmate Jerome Hughes began screaming, "You Fucking Rat". (SEE ATTACHMENT "K")

7

26. Mr. Williams was rushed to the institution medical dept where it was discovered that Mr.Williams had abrasions on the right side of Mr. Williams cheekbone. Thereafter, Mr. Williams was escorted to S.H.U.

27. On April 21, 2017, Mr. Williams sent a cop-out to the SIS staff, (John Doe, and Jane Doe), expressing that his life was in danager by the mid-west inmates because there was paperwork in possession of the mid-west inmates stating that I had provided information to the government, and I had been labeled a "snitch", and I was being threaten by mid-west inmates that if I came back to G.P, I would be assaulted or killed, and I was fearful to go back into G.P. (SEE ATTACHMENT "L")

28. On April 23, 2017, Mr. Williams sent a cop-out to Capt. John Doe, A.W Keys, and Warden Corkely, informing that, if I was released back into G.P, I would be assaulted or killed, because the mid-west inmates were making threats that I was a snitch, and if I came back into G.P they would harm me, and the I didn't want to be released back into G.P.(SEE ATTACHMENT "M")

29. On April 27, 2017, Mr. Williams sent a cop-out to warden Coakely expressing that I feared going back into G.P because the mid-west inmates possessed paperwork stating that I had provided information to the government, and the mid-west inmates threaten to assault me or kill me if I came back into G.P. (SEE ATTACHMENT "N")

30. On May 09, 2017, Mr. Williams wrote a letter to Missouri Congressman Wm. Lacy Clay explaining that my life was in danger, the mid-west inmates were threaten to assault again, the mid-west inmates had assaulted me on April 20, 2017, I feared going back into G.P, the mid-west inmates were in possession of some paperwork stating that I had given information to the government, (SEE ATTACHMENT "O")

31. On June 15, 2017, warden Coakley responded to Congressman Wm. Lacy Clay inquirey concerning Mr. Williams wellbeing, and warden Coakley

responded stating, in part, The SIS Dept conducted an investigation and determined it was safe for Williams to return back to G.P. (SEE ATTACHMENT "P")

32. On May 11, 2017, Mr. Williams was forced out of SHU, and into G.P, by several unknown correctional officers, as I continued to express to the unknown officers that my life was in danger, by the mid-west inmates, because there was paperwork stating that I had provided information to the government, and I feared going back into G.P, which was disregarded by the unknown staff.

33. Once Mr. Williams was forced back into G.P, by several unknown named officers, I was give an option by the mid-west inmates, which was to be assaulted/killed, or to pay protection dues. I was forced to pay protection dues and remained in G.P.

34. Between May 11, 2017 till on or about July 2018, I continued to verbally tell, send cop-outs through the mail, and hand deliever cop-outs  to Warden Coakely, A.W Keys, Capt. John Doe, SIS Jane Doe, SIS John Doe, informing that I was in danger by the mid-west inmates, I was currently paying the mid-west inmates protection dues to remain in G.P, because there was paperwork in the possession of the mid-west inmates stating that I provided information to the government, which was to no avail.(SEE ATTACHMENTS

35. On August 01, 2018, a mid-west inmate walked from H.U E-A, down the sidewalk, through three metal-detector, and into the cafeteria, and began beating me in the head, and face,with a lock attached to a belt.

36. Mr. Williams was rushed to the institutional medical dept, were it was discovered that Mr. Williams head was bleeding, and had to be stitched up. Thereafter, Mr. Williams was escorted to S.H.U. (SEE ATTACHMENT

37. As a result of his two vicious beating, Mr. Williams received several

~~such other relief that this Court deems just and proper.~~

Continued Answer to Claim 1. ~~Parties~~ Identify each federal emmployee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual. ~~Parties~~

~~2. Plaintiff Darrell Williams is a citizen of the United States and is currently an inmate at the Medical Center for Federal Inmates in Springfield, Missouri. At all times relevant to this action, Mr. Williams was an inmate at the United States Penitentiary in Bruceton Mills, WV.~~

3. Defendant Coakely was at all times relevant to this action a Warden at the United States Penitentiary in Bruceton Mills, WV. Defendant Coakely was responsible, for overseeing and implementing inmate housing decisions. Mr. Williams sues Defendant Coakely in his official ~~individual~~ capacity.

4. Defendant Keys was at all times relevant to this action a staff member at the United States Penitentiary in Bruceton Mills, WV. Defendant Keys was responsible, in part, for inmate housing placement decisions. Mr. Williams sues Defendant Keys in his official ~~individual~~ capacity.

5. Defendant Capt. John Doe was at all times relevant to this action a Capt. at the United States Penitentiary in Bruceton Mills, WV. Defendant Capt. John Doe was responsible, in part, for inmate housing placement decisions. Mr. Williams sues Defendant Capt. John Doe in his official ~~individual~~ capacity.

6. Defendant Bridges was at all times relevant to this action a Unit Manager at the United States Penitentiary in Bruceton Mills, WV. Defendant Bridges was responsible, in part, for ensuring inmate safety at United States Penitentiary, and was involved in inmate housing placement decisions. Mr. Williams sues Defendant Bridges in her official ~~individual~~ capacity.

Defendant SIS Sue Doe was at all times relevant to this action a staff member at the U.S.P Hazelton, in Bruceton Mills, WV. Defendant SIS Sue Doe was responsible, in part, for inmate housing placement decisions. Mr. Williams sues Defendant SIS Sue Doe in her official ~~individual~~ capacity.

Defendant Case Manager John Doe was at all times relevant to this action a Case Manager at the U.S.P Hazelton, in Bruceton Mills, WV. Defendant John Doe was responsible, in part, for inmate housing placement decisions. Mr. Williams sues Defendant John Doe in his official ~~individual~~ capacity.

Defendant F. Vankirk was at all times relevant to this action a counselor at the U.S.P Hazelton, in Bruceton Mills, WV. Defendant F. Vankirk was responsible, in part, for inmate housing placement decisions. Mr. williams sues Defendant F. Van Kirk in his official ~~individual~~ capacity.

Defendant John Doe was at all times relevant to this action a Corrections Officer at the U.S.P Hazelton, in Bruceton Mills, WV. Defendant John Doe was responsible, in part, for inmates housing placement decisions. Mr. Williams sues Defendant John Doe in his official ~~individual~~ capacity.

Defendant John Doe was at all times relevant to this action a Corrections Officer at the U.S.P Hazelton, in Bruceton Mills WV. Defendant John Doe was responsible, in part, for inmates housing placement decision. Mr. Williams sues Defendant John Doe in his official ~~individual~~ capacity.

Defendant John Doe was at all times relevant to this action a Corrections Officer at the U.S.P Hazelton, in Bruceton Mills, WV. Defendant John Doe was responsible, in part, for inmates housing placement decision. Mr. Williams sues Defendant John Doe in his official capacity.