CONTINUED CLAIM 1 JPB-JPM SHORT FORM EXHIBIT 37-1

From 04-18-17 through 04-20-17, I hand delivered and/or placed Inmate Cop-Outs, into the institution mail box for H.U F-A officers John Does, Capt. John Doe, Warden Coakley/Aw Keys, Warden Coakley/Aw Keys, Unit Manager M.Bridge, H.U F-A Officer John Doe, H.U F-A Officer John Doe, Counselor F.Vankirk, Warden Coakley/Aw Keys, explaining that I was being threaten with harm/death, because there was paperwork in possession of midwest inmates, stating that, I provided information to the government about drugs and murders, and I was labled a snitch. (see EXHIBITS 5, 6, 7, 8, 9, 10, 11, 12, and 13)

Due to the U.S.A. and F.B.O.P staff failing to acknowledge my cop-outs, and protect me from harm of which they were aware, U.S.A. and F.B.O.P staff recklessly ignored the serious threats to me, and deliberately indifference to their legal duty to take action to protect me which resulted in me being assaulted by mid-west inmate Jerome Hughei #06386-090. (SEE EXHIBIT 14)

From 04-21-17 — 04-27-17, I mailed Inmate Cop-Outs to S.I.S John Doe, Warden Coakley/Aw Keys/Capt John Doe, and warden Coakely, explaining that I was assaulted, on 04-20-07, by a midwest inmate, my life was in danger, I was being threaten with harm/death by midwest inmates, because I was labled a snitch, and I requested protective custody, (P.C). (SEE EXBITS 15, 16, and 17)

On 05-09-17, I wrote a letter to U.S Congressman Wm.Lacy Clay, of St.Louis, Mo, explaining that, I have informed F.B.O.P USP HA2 staff that on 04-20-17, I was assaulted by a midwest inmate, my life is in danger, I am being threaten with harm/death, by midwest inmates that, if I return to G.P, I would be assaulted or killed, because I provided information to the government, and I was a snitch. (SEE EXBIT 18). On 06-15-17, warden Coakley responded stating it was safe for me to return to G.P. (SEE EXHIBIT 19)  -13-

From 05-11-17 through 07-27-18, I hand delivered and/or placed Inmate Cop-Outs into the institution mail box, or verbally spoke with Warden Coakley / Aw key, / Capt. John Doe, Unit Manager M. Bridger, SIS Tech John Doe, warden Coakley/ Aw key, / Capt John Doe, warden Coakley, warden Coakley, Warden Coakley, warden Coakley, warden Coakley, warden Coakley, warden Coakley, warden Coakley, warden Coakley, Warden Coakley, Warden Coakley, warden Coakley, warden Coakley. (SEE EXHIBIT's 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51 and 52)

On 08-01-18, an inmate Midwest inmate Antrez Carlisle #13000-025 walked from HU F-A, down the side walk, through three metal detector in the corridor, and into the cafeteria, and began beating me in the head, face and wrist, with a metal lock attached to a belt. I was thereafter rushed to the institutional medical department, where it was discovered that I was bleeding from the head, and wrist, and I had to be stitched up. Thereafter, I was escorted to SHU. (SEE EXHIBIT's 38 and 39).

As a result of the 08-01-18 vicious beating, I had several injuries to the face, head, and wrist. I suffered through episodes of dizziness, nausea, vomiting, pain in head, face, and wrist. I am psychologically traumatized by the assault, which continues to affect my mentally, and physical health today, and will continue to do so in the future.

Given my pleas to be placed in P.C before the second assault, U.S.A and F.B.O.P employees had a duty to

take some action to protect me from imminent threats, posed by midwest inmates. U.S.A and F.B.O.P employees recklessly ignored the serious threats to me or deliberately indifference to their legal duty to take some action to protect me. The U.S.A and F.B.O.P employees failure to take any action to protect me, resulted in the beating that I warned of, causing me grievous person injuries, pain, and suffering, loss of life pleasure, and emotional distress.