*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Williams, Darrell**  26008-044  3H4/E  USP HA2
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A- INMATE REQUEST  IT SHOULD BE NOTED THAT I AM A MEDICAL CARE LEVEL 3 INMATE, BEING HOUSED AT A CARE LEVEL #2 PRISON, AND ON 07-31-18, A INMATE WALKED FROM HU E-2, THROUGH SEVERAL METAL DECTORS, WITH A LOCK ON A BELT, TO USP HA2 KITCHEN, AND BEAT ME IN THE HEAD AND NO BOP STAFF ACKNOWLEDGED THE INCIDENT, EVEN THOUGH I NOTIFIED BOP STAFF IN ADVANCE.

I REQUEST THAT ALL VIDEO RECORDINGS FROM HU E2, TO USP HA2 KITCHEN BE KEPT FOR LEGAL PURPOSE.

DATE: 07-31-18 - 6:00 AM TO 7:30 AM

08-16-18
DATE                                              SIGNATURE OF REQUESTER

Part B- RESPONSE

10/23/18
DATE                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: 954376-F1

                                                  CASE NUMBER:

Part C- RECEIPT
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____     _____
   DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                    BP-229(13)
                                                           APRIL 1982

REQUEST FOR ADMINISTRATIVE REMEDY
ADMINISTRATIVE REMEDY # 954376-F1

This is in response to your Administrative Remedy in which you request the Special Investigative Services safe keep a video recording for legal purposes on the specific date of July 31, 2018.

Our review of this matter revealed that the incident you refer to was investigated. Video footage is not ordinarily retained unless a further review is required.

Therefore, your Request for Administrative Remedy is denied.

If dissatisfied with this response, you may appeal to the Mid-Atlantic Regional Director, Federal Bureau of Prisons, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701. Your appeal must be received in the Regional Office within 20 days of the date of this response.

_____    10/23/18
Joe Coakley                          Date
Complex Warden