| U.S. Department of Justice | EXHIBIT "2" | Regional Administrative Remedy Appeal |
|---|---|---|
| Federal Bureau of Prisons | | |

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Williams, Darrell__  __26000-041__  __E__  __USP HAZ__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** IT SHOULD BE NOTED THAT, ON 08-01-18, A "MID-WEST" INMATE (ANTREZ CARLISLE #15000-025), WALKED FROM USP HAZ, HU# E-2, THROUGH SEVERAL METAL DECTORS, WITH A LOCK, ATTACHED TO A BELT, TO THE DINNING HALL, AND BEAT ME IN THE HEAD AND ARMS WITH THE LOCK ATTACHED TO THE BELT. IT SHOULD BE NOTED THAT, I CONTINUED TO INFORM USP HAZ STAFF (WARDEN, AW, CAPT, ETC), THAT MY LIFE WAS IN DANGER, I WAS THREATEN WITH BODY HARM AND CONTINUED TO REQUEST PROTECTIVE CUSTODY, WHICH WAS TO NO AVAIL. I ALSO INFORM USP HAZ STAFF THAT MID-WEST INMATES HAD A HIT ON MY LIFE, BECAUSE I PROVIDED INFORMATION TO THE GOVERNMENT, AND I HAD PREVIOUSLY BEEN BEATEN, BY MID WEST INMATES. ALSO MY ATTY (STEPHEN BROWN) SENT A LETTER TO WARDEN COAKLEY, TO NOTIFY HIM OF MY SITUATION. I REQUEST THAT USP HAZ STAFF BE INVESTIGATED AND SANCTION FOR NOT PROTECTING ME. ALSO I REQUEST THAT THE VIDEO RECORDING, FROM H.U E-2, TO USP DINNING HALL, DATED 08-01-18, 6:00 AM TO 7:30 AM, BE KEPT FOR LEGAL PURPOSE & EVIDENCE.

__03-25-19__   _____
DATE   SIGNATURE OF REQUESTER

**Part B - RESPONSE**


RECEIVED APR 10 2019 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

_____   _____
DATE   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**
CASE NUMBER: __954376__

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

| U.S. Department of Justice | |
|---|---|
| Federal Bureau of Prisons | Regional Administrative Remedy Appeal |
| North Central Regional Office | Part B - Response |

**Administrative Remedy Number:** 954376-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on April 18, 2019, in which you state an inmate assaulted you with a lock while at USP Hazelton. For relief, you request staff investigated and sanctioned, and the video preserved.

The information presented in your Regional Administrative Remedy Appeal and the Warden's response, dated October 23, 2018, was reviewed. The response provided to you by the Warden adequately addresses your concerns regarding the situation being investigated and video footage being retained.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

5/16/19
Date

J. E. Krueger, Regional Director