| U.S. Department of Justice | Central Office Administrative Remedy Appeal |
|---|---|
| Federal Bureau of Prisons | |

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Williams, Darrell**   **26008-044**   **M02**   **USMCFP**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** ON 08-01-18, A MID-WEST INMATE, WALKED OUT THE FRONT DOOR OF H-U E2, AT USP HAZ (WHICH HAS NO METAL-DETECTOR), THROUGH THE TUNNEL, (WHICH HAS METAL-DETECTOR), AND THROUGH THE CAFETERIA DOOR-WAYS, (WHICH HAS METAL DETECTOR), WITH A LOCK ATTACHED TO A BELT, AND BEAT ME IN THE HEAD AND ARMS. IT SHOULD BE NOTED THAT, BETWEEN 04-17-17 - 08-01-18, I SEND COP-OUTS TO, AND SPOKE WITH USP HAZ WARDEN, AW'T, CAPT, LT's, AND UNIT TEAM INFORMING THAT THE MID WEST INMATES HAT A HIT ON MY LIFE BECAUSE I PREVIOUSLY PROVIDED INFO TO THE GOV, AND I HAD PREVIOUSLY BEEN ASSAULTED BY MID-WEST INMATES, AND I WAS BEING THREATEN, WITH BODY HARM, BY MID-WEST INMATE. IF I DIDN'T GO TO P.C. MY REQUEST WERE TO NO AVAIL. I REQUEST THIS MATTER BE INVESTIGATED, AND VIDEO FOOTAGE BE STORED FOR LEGAL PURPOSE.

07-04-19
DATE                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JUL 15 2019
Administrative Remedy Section
Federal Bureau of Prisons

___
DATE                                           GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                     CASE NUMBER: 959376-A1

**Part C - RECEIPT**
                                               CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

___
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
                                                                 BP-231(13)

Administrative Remedy No. 954376-A1
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal where you claim you were assaulted by an inmate and you informed staff members about the threats you were receiving. For relief, you request an investigation and video footage to be preserved.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. You provide no new information, which had not been previously considered. We direct you to the Regional Director's response where you were informed the incident and retention of video.

Based on the foregoing, this response is for informational purposes.

9/12/17
Date

Ian Connors, Administrator
National Inmate Appeals