# USP HAZELTON, WEST VIRGINIA
## SIS INTAKE SCREENING INTERVIEW FORM

| Date | APRIL 18, 2017 | | | Time | 1:55 pm | Location | R&D |
|---|---|---|---|---|---|---|---|
| Inmate Name | WILLIAMS, DARRELL | | | | Reg. No. | 26008-044 | |
| Group Affiliation | None | | | | AKA | | |

**************************INMATE STATEMENTS**************************

| | | | | | |
|---|---|---|---|---|---|
| Where are you from? | MO | | Are you a member of any group, gang, or organization | | NO |
| Which group, gang, or organization | | NO | How long have/were you a member | | NO |
| Any conflicts with other gangs or groups | | NO | Which group/gang | | — |
| Nicknames? | — | | | Tattoos? | |
| Previous Institutions | LEW, TH | | | Reason for Transfer | · |

Any reason/issue that would preclude you from being housed in General Population?

X _____  I brought to SIS Attention that I have previously been assaulted by mid west inmates

| TST | — | LEO | — | SIS | — |
|---|---|---|---|---|---|
| Charge | | | Sentence Length | | Remaining 9 yrs. 4 mos. |

********************Interviewer Comments********************

(b)(7)(E),(b)(7)(F)