BP-A0148
JUNE 10

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) H.U F-A OFFICERS | DATE: 04-18-17 |
|---|---|
| FROM: D. WILLIAMS | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I Am being threaten with violence, by midwest inmates, if I stay on the yard. Please contact the Lt. for me. I want to be placed in PC

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate

PDF                           Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**