U.S. DEPARTMENT OF JUSTICE  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Coakley-Warden/Keys, AW | DATE: 07-19-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: u/p | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I have continued to submit coposits to staff Requesting P.C., because I am being threaten with death by Mid-west inmates, if I remain in G.P. My Request has been to no avail

I request P-C

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate

PDF  Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER  **SECTION 6**