BP-A0148
JUNE 10
INMATE REQUEST TO STAFF CDFRM
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Conkley-Warden/Keys-AW | DATE: 04-19-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26005-074 |
| WORK ASSIGNMENT: U/A | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please act on this cop-out: my life is in danger, and the midwest inmates are threatening to kill me if I remain in G.P., because they have paper work that I am a snitch.

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER         SECTION 6