BP-A0149 EXHIBIT
JUNE 10           INMATE REQUEST TO STAFF CDFRM
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) H.U F-A Officers | DATE: 04-19-17 |
|---|---|
| FROM: DARRELL WILLIAMS | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

H.U Officer,
 I am requesting P.C. My life is in danger by the mid-west inmates, who are threatening me with death if I remain in G.P.

(Do not write below this line)
DISPOSITION:

Signature Staff Member                         Date

Record Copy - File; Copy - Inmate
PDF                      Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6