INMATE REQUEST TO STAFF MEMBER

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) H-U F A Officers | DATE: 04-20-17 |
|---|---|
| FROM: Williams. D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: F A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

My life is in danger, by the midwest inmate, who Are threatening me with harm/ death, because I am A snitch. Please place me in P-c

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by P FOLDER    **SECTION 6**