BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

Case 5:20-cv-00019-JPB-JPM   Document 37-13   Filed 08/28/20   Page 1 of 1   PageID #: 314

EXHIBIT
"12"

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) F. VanKirk - Counselor | DATE: 04-20-17 |
|---|---|
| FROM: Williams, Darrell | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

VanKirk,

I am requesting protective custody. My life is in danger, and I am being threaten, with assault or murder, by mid-west inmates, if I stay in G.P.

(Do not write below this line)

DISPOSITION:

Signature Staff Member _____ Date _____

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6