BP-S148.055 INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Coakley-Warden/Keys-AW | DATE: 04-20-17 |
|---|---|
| FROM: Williams D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: F-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

The midwest inmates are threatening to kill me if I dont go to P-C, because they have paper work that I am a snitch. Please Help.

(Do not write below this line)
DISPOSITION:

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        SECTION 6