EXHIBIT 15   ATTACHMENT

BP-S148.055   **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) SIS | DATE: 04-21-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-074 |
| WORK ASSIGNMENT: U/A | UNIT: S/1-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) SIS,

ON 04-20-17, I was hit in the head, by a mid-west inmate, with a lock attached to a belt. I have continued to inform USP HAZ staff that I have previously been assaulted, by midwest inmates, because I have been labled a snitch, and the midwest inmates here at USP HAZ has continued to threaten me with harm if I remain or come back to GP, unless I pay for protection. I am requesting PC, and that I not be released back to GP, because I fear for my life. Please come see me.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate         This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)      and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER