EXHIBIT 16

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 04-23-17 |
|---|---|
| Conley, Keys, Capt | |
| FROM: Williams, D | REGISTER NO.: 26008-011 |
| WORK ASSIGNMENT: U/A | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have continued to inform you all that my life is in danger and I could be killed/assaulted by Midwest inmates, because I have been labled a rat. On 04-20-17, a Midwest inmate assaulted me with a lock attached to a belt. All of my request for protection has been to no avail. Please don't send me back to GP. I don't have funds to pay for protection, and I don't want to be killed or assaulted again. I request PC, because my life is in danger.

Thank.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER