EXHIBIT "17"

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 04-27-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Warden Coakley

It is a Midwest inmate, name A. Carlisle #13000-025, in SHU, that is threating me that if I come back to G.P. him and the Midwest inmate will stab/kill me, because I am a Ratt, or I could pay protection dues. Sir, I am in fear of my life. Please place me on PC status, and transfer me.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER