ATTACHMENT
TO EXHIBIT "18"

Mr. Darrell Williams
U.S.P # 26008-044
P.O Box 2000
Bruceton Mills, WV 26525
D.O.B. 07-08-66
Soc Sec. # 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

05-09-17
5/19/17

U.S Congress
Wm. Lacy Clay
111 Tenth St
St. Louis, Mo. 63102

I, Darnell Williams, hereby agree that the Federal Bureau of Prison to give any information, regarding myself, to the US Congress, Wm. Lacy Clay.

*Darrell Williams*
Darrell Williams

Dear Congressman Wm. Lacy Clay,

Sir, I am faced with a life and death situation, and I pray that you will assist me in this matter.

Sir, on 04-18-17, I arrived at U.S.P Hazelton, in Bruceton Mills, WV. During my intake interview with a female Special Investigator Specialize, (HEREAFTER S.I.S), I explained that I would be assaulted or killed if I was released into general population, because I had previously provided information to the government. At that time the S.I.S staff stated; "Snitches need to be killed", and "I had no choice but to go into general population".

-01-

On 04-20-17, as I set at the computer, emailing my family, inmates began to beat me about the head with locks tied onto a belts. As a result of me being assaulted, and trying to avoid being further assaulted, I jumped up from my wheelchair, and walked in the opposite direction, to my assigned cell, which caused me to lose control of my bowels and bladder, and be in severe cervical & Lumbar spine pain.

It should be noted that the MRI of my C-spine, (SEE ATTACHMENT "A"), MRI of my L-spine, (SEE ATTACHMENT "B"), dated 12-12-16, and Neuro Surgeon Consult, (SEE ATTACHMENT "C"), shows that I am disabled by my lower back pain and I need a wheelchair.

However, the security staff and medical staff, here at USP Hazelton has taken my wheelchair, placed me into a non handicap cell, with no handicap shower, with no clothing, water, tissue, etc.

Sir, will you please contact the Director of FBOP (Charles Sammuals), and inquire into me being disabled and my wheelchair being taken, and me being placed into a non handicap cell, with no handicap

02

shower, and no medical treatment.

Also I have continued to ask my assigned unit team members, Unit Manager, Bridges, Case Manager, Strawer, and Counselor, Vankirk, and Warden Coakley to issue me Administrative Remedies, which continues to be denied. Please ask Director Samuels to have Admin. Remedies issued to me.

Your time, attention, and reply will be appreciated.

Sincerely