

ATTACHMENT
EXHIBIT
"/9"

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex Hazelton*

---

*Office of the Warden*

*Post Office Box 450*
*Bruceton Mills, West Virginia 26525*

June 15, 2017

The Honorable Wm. Lacy Clay
Member, U.S. House of Representatives
111 S. 10th Street
Suite 24.344
St. Louis, MO 63102

Dear Congressman Clay:

This is in response to your correspondence dated May 22, 2017, addressed to Federal Bureau of Prisons, Acting Director, U.S. Department of Justice, and as such was forwarded to me for response. Your letter is in reference to Darrell Williams, #26008-044, an inmate currently confined at the United States Penitentiary (USP) Hazelton, Bruceton Mills, West Virginia. Correspondence from Mr. Williams prompted your inquiry, in which Mr. Williams states that he was assaulted and is in fear for his safety.

Mr. Williams arrived at USP Hazelton on April 18, 2017, after being transferred from the Federal Correctional Institution in Terre Haute, Indiana. He is serving 351 Months, with 5 Years Supervise Release for Conspiracy to Distribute Cocaine and Escape from an Adult Correctional Facility.

Our review of this matter revealed, Mr. Williams was placed in our Special Housing Unit (SHU) on April 20, 2017 after being in a physical altercation with another inmate. The Special Investigative Services (SIS) Department conducted an investigation and determined it was safe for inmate Williams to return to general population. As such he was released back to general population on May 11, 2017 to a handicapped cell with a wheelchair. If at any time Mr. Williams fears for his safety, he can notify staff who will take necessary precautions.

I trust this information has addressed your concerns. In the event you have further questions or concerns, please feel free to contact me.

Sincerely,

Joe Coakley
Complex Warden