BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS



EXHIBIT "20"

| TO: (Name and Title of Staff Member) Warden Coakley, Awkey, Capt | DATE: 05-13-17 |
|---|---|
| FROM: Williams, Pannel | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Warden Coakley,
My life is in danger, I am being threaten with violence and death, from midwest inmates, and I am being forced to pay protection dues. The midwest inmates has paperwork showing that I provided information to the government. I continue to request PC from your staff, and I am being told, I can only get PC, if I'm bleeding. Sir please have your staff to place me in P.C.
Thank,

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate

PDF                            Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6