BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS



| TO: (Name and Title of Staff Member) Unit Manager M. Bridges | DATE: 05-15-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Unit Manager Bridges,

Please have me placed in P-C, because the the Midwest inmates, are threaten me with harm and death, if I remain in G.P, and not pay protection dues, because they have paperwork that I provide info to the United States Atty. I am in fear. Please place me in SHU on P-C status.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER