BP-S148.055  **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) SIS | DATE: 05-21-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

SIS
Please have me take out of GP because Midwest inmates have paperwork that I gave info to the US Attorney about a murder. Midwest inmates are threaten me with assault, death or pay protection dues if I remain in GP. Please place me on P-C status.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER