BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Conkley, AW Keys, Capt | DATE: 05-24-17 |
|---|---|
| FROM: Williams, Darnell | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Warden Conkley

Midwest inmates has paperwork stating that I provided info about a murder, and I am being threaten with harm or to be killed if I remain in GP without paying protection dues, because I have been labeled a snitch. Please help me, and place me in P.C.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER