BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 06-03-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Warden Coakley
  Please act on this cop out, because my life is in danger by the midwest inmates, because they have paperwork stating that I told about a murder. I have spoke with several staff requesting PC, because midwest inmates are threatening my life with harm or murder. Please place me in PC.

(Do not write below this line)

DISPOSITION:

Signature Staff Member    Date

Record Copy - File; Copy - Inmate  This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)  and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER