EXHIBIT "25"

BP-A0148
HSLC 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 06-28-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Warden Coakley
     Midwest inmates has paperwork stating that I provided info to the US Atty regarding murder cases. Please place me in PC, so I won't get killed by the Midwest inmates.

(Do not write below this line)

DISPOSITION:

Signature Staff Member      Date

Record Copy - File; Copy - Inmate

PDF      Prescribed by N551/

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder      **SECTION 6**