| | |
|---|---|
| BP-A0148 | **INMATE REQUEST TO STAFF** CDFRM |
| HSLC 10 | |
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Warden J. Conkley | DATE: 07-15-17 |
|---|---|
| FROM: Williams, Darrell | REGISTER NO.: 26008-074 |
| WORK ASSIGNMENT: U/A | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Conkley,
 I have already been assaulted, by a Midwest inmate, on 04-20-17, because the Midwest inmates has paperwork stating that I provided info, to the police, regarding murders. Please place me in PC ASAP, before I be assaulted or killed.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                     Prescribed by N551/

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**