EXHIBIT
"27"

BP-A0148　　　　　　　　　INMATE REQUEST TO STAFF CDFRM
HSLC 10
U.S. DEPARTMENT OF JUSTICE　　　　　　　　　FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 08-05-17 |
|---|---|
| FROM: Williams D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please have me placed in P.C., because my life is in danger by the midwest inmates, who are threaten me with harm/death, because they have paperwork stating I provided info to US Att about murders.

(Do not write below this line)

DISPOSITION:

Signature Staff Member　　　　　　　　　Date

Record Copy - File; Copy - Inmate
PDF　　　　　　　　　Prescribed by N551/

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER　　　**SECTION 6**