EXHIBIT "28"

BP-A0148
HSLC 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 07-17-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: UTA | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Warden Coakley,

Please place me in P.C. I am being forced to pay protection dues, or be stab, by midwest inmates, because they have paperwork that I gave info. to US Atty about murders.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF — Prescribed by N551/

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**