EXHIBIT "31"

ATTACHMENT "B-1"

BP-A0148
HSLC 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden J. Coakley | DATE: 10-18-17 |
|---|---|
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I request PC, before I be stab or killed, by midwest inmates who has paperwork stating I told about murders. Please help!!!

(Do not write below this line)

DISPOSITION:

Signature Staff Member        Date

Record Copy - File; Copy - Inmate

PDF                    Prescribed by N551/

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**