BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Warden Coakley | DATE: 05-07-18 |
| FROM: Williams, D | REGISTER NO.: 26008-044 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Warden Coakley

Please have me placed in P.C. The Midwest inmates are gonna stab or kill me, if I can't continue to pay protection dues, because they have paperwork stating that I gave info to the U.S. Atty about murders. I want to be placed in P.C.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER     **SECTION 6**