EXHIBIT "38"

| BP-A0148 | INMATE REQUEST TO STAFF CDFRM | |
| --- | --- | --- |
| JUNE 10 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Name and Title of Staff Member) Warden Conkley | DATE: 07-27-18 |
| --- | --- |
| FROM: Williams, D | REGISTER NO.: 26008-074 |
| WORK ASSIGNMENT: U/A | UNIT: E |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Warden Joe Conkley

Me and my family can't afford to continue to pay protection dues, because I have been labled a snitch. The midwest inmates are threaten to kill me, if I can't continue to pay protection dues, because I have been labled a snitch. Please place me in P-C.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| --- | --- |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**