"EXHIBIT 39"

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, DARRELL HENRY | | Reg #: 26008-044 |
| Date of Birth: 07/08/1966 | Sex: M  Race: BLACK | Facility: HAZ |
| Encounter Date: 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | Unit: E03 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

    **INJURY 1**    **Provider:** Pyles, John FNP-BC

        **Date of Injury:** 08/01/2018 07:01    **Date Reported for Treatment:** 08/01/2018 07:23

        **Work Related:** No    **Work Assignment:** LABOR POOL

        **Pain Location:** Head

        **Pain Scale:** 0

        **Pain Qualities:**

        **Where Did Injury Happen (Be specific as to location):**

            Main line (chow hall)

        **Cause of Injury (Inmate's Statement of how injury occurred):**

            Altercation

        **Symptoms (as reported by inmate):**

            Bleeding lacerations in the head and left hand

**ROS:**

    **General**

        **Constitutional Symptoms**

            No: Chills, Easily Tired, Fatigue, Fever

    **HEENT**

        **Ears**

            Yes: Within Normal Limits

        **Eyes**

            Yes: Within Normal Limits

        **Head**

            Yes: Trauma

            No: Headaches, Migraine

        **Neck**

            Yes: Within Normal Limits

    **Cardiovascular**

        **General**

            Yes: Within Normal Limits

    **Pulmonary**

        **Respiratory System**

            Yes: Within Normal Limits

    **GI**

        **General**

            Yes: Within Normal Limits

    **Musculoskeletal**

        **General**

| Inmate Name: | WILLIAMS, DARRELL HENRY | | | Reg #: | 26008-044 |
|---|---|---|---|---|---|
| Date of Birth: | 07/08/1966 | Sex: M | Race: BLACK | Facility: | HAZ |
| Encounter Date: | 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | | Unit: | E03 |

**ROS:**
    No: Low Back Pain, Mid-back Pain, Neck Pain, Spinal Injury
- **Neurological**
  - **Autonomic System**
    - Yes: Within Normal Limits
  - **Cranial Nerves**
    - Yes: Within Normal Limits
  - **Motor System**
    - Yes: Within Normal Limits
  - **Sensory System**
    - Yes: Within Normal Limits
- **Psychiatric**
  - **General**
    - Yes: Within Normal Limits
    - No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/01/2018 | 07:24 HAX | 98.0 | 36.7 | Oral | Pyles, John FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/01/2018 | 07:24 HAX | 82 | Via Machine | | Pyles, John FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/01/2018 | 07:24 HAX | 16 | Pyles, John FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/01/2018 | 07:24 HAX | 136/88 | Right Arm | Sitting | Adult-large | Pyles, John FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/01/2018 | 07:24 HAX | 97 | Room Air | Pyles, John FNP-BC |

**Exam:**
- **General**
  - **Affect**
    - Yes: Cooperative
  - **Appearance**
    - Yes: Appears Well, Alert and Oriented x 3
    - No: Appears Distressed, Unconscious, Lethargic, Obtunded, Stuporous, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic
- **Skin**
  - **Wound**
    - Yes: Wounds present
    - No: Signs and/or Symptoms of Infection

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DARRELL HENRY | | Reg #: 26008-044 | |
| Date of Birth: 07/08/1966 | Sex: M  Race: BLACK | Facility: HAZ | |
| Encounter Date: 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | Unit: E03 | |

**Exam:**
- **Lesion Location**
  - Yes: Scalp-parietal R, Posterior Forearm L
- **Head**
  - **General**
    - Yes: Laceration(s) R, Trauma R
    - No: Palpable Deformity, Battle's Sign, Raccoon Eyes, Deformity, Fluid/Blood from Ears, Fluid/Blood From Nose, Erythema
- **Eyes**
  - **General**
    - Yes: PERRLA, Extraocular Movements Intact
  - **Visual Fields**
    - Yes: Normal Fields
- **Face**
  - **General**
    - Yes: Symmetric
- **Mouth**
  - **General**
    - Yes: Within Normal Limits
- **Neck**
  - **General**
    - Yes: Within Normal Limits, Trachea Midline
    - No: Abrasion(s), Trauma, Laceration(s), Contusion, Deformity
  - **Musculoskeletal**
    - Yes: Within Normal Limits
    - No: Tenderness, Trauma, Paravertebral Tenderness on Palpation, Midline Tenderness on Palpation, Step-offs
- **Pulmonary**
  - **Observation/Inspection**
    - Yes: Within Normal Limits
  - **Auscultation**
    - Yes: Clear to Auscultation
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    - No: M/R/G
- **Peripheral Vascular**
  - **Arms**
    - Yes: Radial Pulse Normal, Capillary Refill Normal
- **Abdomen**
  - **Inspection**
    - Yes: Within Normal Limits
  - **Auscultation**
    - Yes: Normo-Active Bowel Sounds
  - **Palpation**

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DARRELL HENRY | | Reg #: 26008-044 | |
| Date of Birth: 07/08/1966 | Sex: M  Race: BLACK | Facility: HAZ | |
| Encounter Date: 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | Unit: E03 | |

**Exam:**

    Yes: Within Normal Limits, Soft

    No: Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

  **Wrist/Hand/Fingers**

    Yes: Normal Exam R, Full Range of Motion L, Neurovascular Intact L, Trauma L, Laceration(s) L

    No: Malalignment L, Swelling L, Inflammation L, Erythema L, Crepitus L, Clicking L, Popping L, Locking L, Abrasion(s) L, Contusion(s) L

  **Wrist/Hand/Fingers ROM and Tests**

    Yes: Median Nerve Motor Intact L, Median Nerve Sensory Intact L, Radial Nerve Motor Intact L, Radial Nerve Sensory Intact L, Ulnar Nerve Motor Intact L, Ulnar Nerve Sensory Intact L

  **Chest Wall**

    Yes: Normal Exam L

  **Back**

    Yes: Normal Exam L

**Neurologic**

  **Cranial Nerves (CN)**

    Yes: CN 2-12 Intact Grossly

  **Motor System-General**

    Yes: Normal Exam, Normal Muscular Bulk, Normal Muscular Tone, Involuntary Movements

  **Glascow Coma Scale**

    Yes: GCS 15

  **Level of Consciousness**

    Yes: Within Normal Limits

**Exam Comments**

Right Mid Parietal Scalp lacerations: first laceration 3 cm elliptical; edges approx; bleeding controlled: second 2.5 cm elliptical; edges approx; bleeding controlled

Left Palmar Wrists: 2 cm laceration, edges approx, bleeding controlled

**ASSESSMENT:**

Blunt object, Assault by, Y00XXXS - Current

**PLAN:**

**Procedures**

  **Laceration Repair**

    Diagnosis

      Complications

    Consent

      Complications, risks, alternatives discussed

      Consent unobtainable due to patient condition

      Correct Patient Position

      Correct Procedure

      Time Out

      Universal Protocol Performed/Time Out, Verified Site? right partiel scal; left wrist

    Anesthesia

      1% Lidocaine without epinephrine, ML 4

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DARRELL HENRY | | Reg #: 26008-044 | |
| Date of Birth: 07/08/1966 | Sex: M  Race: BLACK | Facility: HAZ | |
| Encounter Date: 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | Unit: E03 | |

**Procedures**
    Location
        Scalp R
        Wrist L
    Preparation
        Area prepped with Alcohol/Iodine
        Prepped and draped sterile
    Repair
        Wound irrigated with Normal Saline, ML 250
    Closure type
        Staples Applied
    Discharge
        See Disposition
    Discharge LOC
        Answers questions appropriately
        Awake and Alert

Right Mid Parietal Scalp lacerations: first laceration 3 cm elliptical; second 2.5 cm elliptical. All edges approximate well. The site was prepped with Betadine and 70% alcohol, the wound was inspected for debris, the wound was irrigated with Sterile water approx. 150 ccs, bleeding was controlled estimated amount of blood loss >4 ccs, the laceration was closed using 5 staples per each laceration, edges closed and approximated well, the site was cleaned with sterile water and a sterile dsg was applied. The pt tolerated the procedure well

Left medial Palmar Wrists: 2 cm laceration. The site was prepped with Betadine and 70% alcohol, the wound was inspected for debris, the wound was irrigated with Sterile water approx. 100 ccs, bleeding was controlled estimated amount of blood loss >2ccs, the wound was anesthetized with 1% Lidocaine w/o epi. 4 ccs used, the laceration was closed using staples; due to the awkward position of the laceration, and discomfort of the pt trying to maintain the position to be sutured. Staples where used to close the wound , edges closed and approximated well, a total of 3 staples were placed, the site was cleaned with sterile water and a sterile dsg was applied. The pt tolerated the procedure well.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Procedure | 08/11/2018 00:00 | Nurse |

    Staples removal mid right parietal scalp two lacerations with 5 staples each; left medial palmar surface of the wrist 3 staples placed. Please remove the staples in 10 days (8/11/18).

| | | |
|---|---|---|
| Follow-up | 08/13/2018 00:00 | MLP 01 |

    Please follow up on the pt. with the following injuries mid right parietal scalp two lacerations; left medial palmar surface of the wrist. Ensure the wounds have healed properly and staples have been removed.

**Disposition:**
    Follow-up at Sick Call as Needed
    Will Be Placed on Callout
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved
    Discharged to Housing Unit-No Restrictions

**Other:**
    The pt is currently Rx'd T3 for pain.

    The early symptoms of a head injury was explained to the ppt. and when for a pt that sustained a head needs to seek medical attention.

    The pt The pt has hand restraints properly applied to allow for circulation and to avoid any nerve damage. There s

| Inmate Name: | WILLIAMS, DARRELL HENRY | | | Reg #: | 26008-044 |
|---|---|---|---|---|---|
| Date of Birth: | 07/08/1966 | Sex: M Race: BLACK | | Facility: | HAZ |
| Encounter Date: | 08/01/2018 07:23 | Provider: Pyles, John FNP-BC | | Unit: | E03 |

atleast a 1 cm space on all restraints.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/01/2018 | Counseling | Risk vs. benefit of treatment | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Wound Care | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Diagnosis | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Access to Care | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Infection Prevention | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Plan of Care | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Procedural Preparations | Pyles, John | Verbalizes Understanding |
| 08/01/2018 | Counseling | Procedural Risk | Pyles, John | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Pyles, John FNP-BC on 08/01/2018 08:34
Requested to be cosigned by Mims, Gregory MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Bird, Leigh PA-C.
Review documentation will be displayed on the following page.