**Darrell Williams**
#26008-044
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

5:20-cv-19,

RECEIVED

AUG 2 8 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

SPECIAL MAIL

NORTHERN DISTRICT OF WEST VIRGINIA
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060