**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**DARRELL WILLIAMS,**

**Plaintiff,**

**v.**                                               **Civil Action No. 5:20-CV-00019**

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

**DEFENDANTS' MOTION TO DISMISS OR
IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Now come, the Defendants, by counsel, Maximillian F. Nogay, Assistant United States Attorney for the Northern District of West Virginia, and hereby file this Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment. The Defendants respectfully request that this Court dismiss Plaintiff's pending Amended Complaint pursuant to the Federal Tort Claims Act against the United States of America [ECF No. 30] and pending *Bivens* Complaint against Randy Keyes, Francis Vankirk, Myrna Bridges, and Warden J. Coakley [ECF No. 37]. The Defendants' position in support of this Motion is more fully set forth in the accompanying Memorandum in Support thereof.

Respectfully submitted,

RANDOLPH J. BERNARD
ACTING UNITED STATES ATTORNEY

By:      */s/  Maximillian F. Nogay*
Assistant United States Attorney
W. Va. Bar # 13445
United States Attorney's Office
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV  26003
(304) 234-0100
(304) 234-0112 fax
Max.Nogay@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of May, 2021, a copy of the foregoing MOTION has been furnished for delivery via first-class mail to the following non-CM/ECF participants:

Darrell Henry Williams (Register No. 26008-044)
USP CANAAN
P.O. BOX 300
3057 ERIC J. WILLIAMS MEMORIAL DRIVE
WAYMART, PA  18472

RANDOLPH J. BERNARD
ACTING UNITED STATES ATTORNEY

By:     /s/  Maximillian F. Nogay
        Assistant United States Attorney
        W. Va. Bar # 13445
        United States Attorney's Office
        P.O. Box 591
        1125 Chapline Street, Suite 3000
        Wheeling, WV  26003
        (304) 234-0100
        (304) 234-0112 fax
        Max.Nogay@usdoj.gov